UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  MAGISTRATE NO.: 18-9170

v. *Kaydee Alexander*  :  CRIMINAL ACTION

ORDER OF RELEASE

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(✗) Reporting, as directed, to U.S. Pretrial Services;

(✗) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

(✗) Mental Health testing/treatment as directed by U.S. Pretrial Services:

(✗) The defendant shall appear at all future court proceedings;

( ) Other: _____

_____  _____9/18/18_____
DEFENDANT                    DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
Honorable Anthony R. Mautone
U.S. Magistrate Judge

_____9/19/18_____
DATE