UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Magistrate No. 18-9170 |
| KAYDEE ALEXANDER | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Craig Carpenito, the United States Attorney for the District of New Jersey, hereby dismisses Violations Nos. 7499758, 7499756 and 7499757 against defendant Kaydee Alexander, which were filed on July 8, 2018 charging her with Underage Possession of Alcohol, Theft Within SMTJ and Under the Influence of Alcohol to a degree that poses a danger for self and others, for the reason that prosecution of defendant Kaydee Alexander is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Kaydee Alexander of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

Craig Carpenito /omw
Craig Carpenito
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Dated: 3/13/19

HON. ANTHONY R. MAUTONE
United States Magistrate Judge